~AO 241

Page 2 (Rev 12

**PETITION UNDER 28 U.S.C. § 2254 FOR WRIT OF
HABEAS CORPUS BY** A PERSON IN STATE CUSTODY

. 0 8 - 4 8 7

| United States District Court | District: Delaware |
|---|---|

| Name (under which you were convicted): Carlos Ortiz | Docket or Case No: |
|---|---|

| Place of Confinement : James T. Vaughn Correctional Center | Prisoner No.: 481295 |
|---|---|

*Petitioner*( include the name under which you were convicted)
*custody of petitioner)*

Carlos Ortiz                          v.

*Respondent (authorized person having*

Perry Phelps, Warden

The Attorney General of the State of Joseph Biden, III

**PETITION**

1.    (a) Name and location of court that entered the judgment of conviction you are
challenging:

Superior Court of Sussex County, Delaware

(b) Criminal docket or case number (if you know): ID208005710

2.    (a) Date of the judgment of conviction (if you know): 5-1-03

(b) Date of sentencing: 6-16-03

3.    Length of sentence: 68 years at level 5

4.    In this case, were you convicted on more than one count or of more than one crime?

☒ Yes    ☐ No

5.    Identify all crimes of which you were convicted and sentenced in this case:

Unlawful Sexual Intercourse, 1st Degree (2 counts), Attempted Rape 1st, Kidnapping 1st,

Burglary 1st, Possession of a firearm during the commission of a felony (6 counts),

Possession of a firearm, Aggravated Menacing, Terroristic Threatening, Endangering the

Welfare of a Child (3 counts), and Criminal Contempt.

6.    (a) What was your plea? (Check one)

☒ (1)  Not guilty      ☐ (3)  Nolo contendere (no contest)

☐ (2)  Guilty          ☐ (4)  Insanity plea

~AO 241
(Rev 12/04)

      (b) If you entered a guilty plea to one count or charge and a not guilty plea

      to another count or charge, what did you plead guilty to and what did you

      plead not guilty to?      N/A

      (c) If you went to trial, what kind of trial did you have? (Check one)

               ☒ Jury      ☐ Judge only

7.    Did you testify at a pretrial hearing, trial, or a post-trial hearing?

               ☐ Yes      ☒ No

8.    Did you appeal from the judgment of conviction?

               ☒ Yes      ☐ No

9.    If you did appeal, answer the following:

      (a) Name of court: Supreme Court of Delaware

      (b) Docket or case number (if you know): 320, 2003

      (c) Result:: Affirmed

      (d) Date of result (if you know): 1-15-04

      (e) Citation to the case (if you know): 841 A.2d 308

      (f) Grounds raised: 1. Whether the trial court improperly admitted statements made by his

      children to the investigating officer;

      (g) Did you seek further review by a higher state court?  ☐ Yes      ☒ No

          If yes, answer the following:

          (1) Name of court: N/A

          (2) Docket or case number (if you know): N/A

          (3) Result: N/A

          (4) Date of result (if you know): N/A

~AO 241                                                                                                              Page 4
(Rev 12/04)

(5 ) Citation to the case (if you know): N/A

(6) Grounds raised: N/A

(h) Did you file a petition for certiorari in the United States Supreme Court?

☐ Yes ☒ No

If yes, answer the following:

(1) Docket or case number (if you know): N/A

(2) Result: N/A

(3) Date of result (if you know): N/A

(4) Citation to the case (if you know): N/A

10.    Other than the direct appeals listed above, have you previously filed any other petitions, applications, or  motions concerning this judgment of conviction in any state court?

☒ Yes  ☐  No

11    If your answer to Question 10 was "Yes," give the following information:

(a)    (1) Name of court: Superior Court of New Castle County

(2) Docket or case number (if you know): ID# 0208005710

(3) Date of filing (if you know): 11-14-05

(4) Nature of the proceeding: Motion for Post Conviction Relief

(5) Grounds raised: 1. Trial counsel was ineffective; 2. The trial court improperly admitted statements made by his children to the investigating officer; 3. The trial court improperly commented on evidence; and 4. The prosecution failed to disclose exculpatory evidence.

(6) Did you receive a hearing where evidence was given on your petition, application, or motion?

☐ Yes       ☒ No

(7) Result: Denied

(8) Date of result (if you know): 1-29-07

~AO 241
(Rev.12/04)

(b) If you filed any second petition, application, or motion, give the

same information:

(1) Name of court: N/A

(2) Docket or case number (if you know): N/A

(3) Date of filing (if you know): N/A

(4) Nature of the proceeding: N/A

(5) Grounds raised:  N/A

(6) Did you receive a hearing where evidence was given on your petition,

application, or motion?

☐ Yes    ☒ No

(7) Result: N/A

(8) Date of result (if you know): N/A

(c) If you filed any third petition, application, or

motion, give the same information:

(1) Name of court: N/A

(2) Docket or case number (if you know): N/A

(3) Date of filing (if you know): N/A

(4) Nature of the proceeding: N/A

(5) Grounds raised: N/A

~AO 241
Rev 12/04)

(6) Did you receive a hearing where evidence was given on your

petition, application, or motion'?

☐ Yes     ☒ No

(7) Result: N/A

(8) Date of result (if you know): N/A

(d) Did you appeal to the highest state court having jurisdiction over the action taken on

your petition, application,

or motion?

| (1) First petition: | ☒Yes ☐ No |
| (2) Second petition: | ☐Yes ☒ No |
| (3) Third petition: | ☐Yes ☒ No |

(e) If you did not appeal to the highest state court having jurisdiction, explain why you did
not: N/A

12. For this petition, state every ground on which you claim that you are being held in violation
of the Constitution, laws, or treaties of the United States. Attach additional pages if you have
more than four grounds. State the facts supporting each ground.

CAUTION: To proceed in the federal court, you must ordinarily first exhaust
(use up) your available state-court   remedies on each ground on which you
request action by the federal court. Also, if you fail to set forth all the grounds
in this petition, you may be barred from presenting additional grounds at a later
date.

**GROUND ONE: Trial Court erred by admitting evidence of Ortiz' children's out of court
statements; and inadmissible interpretive narratives, thus violating Ortiz' Constitutional right of
Due Process.**

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):
Statements which Ortiz' children made to State Police Detective Mitchell were inadmissible since the
children were present and able to be cross examined.

(b) If you did not exhaust your state remedies on Ground One, explain why: N/A

~AO 241
(Rev 12/04)

(c)    **Direct Appeal of Ground One:**

(1) if you appealed from the judgment of conviction, did you raise this issue?

☒ Yes ☐ No

(2) if you did not raise this issue in your direct appeal, explain why: **N/A**

(d) **Post-Conviction Proceedings:**

(1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a state trial court?

☒Yes    ☐ No

(2) if your answer to Question (d)(1) is "Yes," state:

Type of motion or petition: Motion for Post Conviction Relief.

Name and location of the court where the motion or petition was filed: Superior Court of New Castle County, Delaware

Docket or case number (if you know): ID# 0208005710

Date of the court's decision: 1-29-07

Result (attach a copy of the court's opinion or order, if available): Denied

(3) Did you receive a hearing on your motion or petition?                ☐Yes    ☒ No

(4) Did you appeal from the denial of your motion or petition?           ☒Yes    ☐ No

(5) If your answer to Question (d) (4) is "Yes," did you raise this issue in the appeal

☒Yes    ☐ No

(6) If your answer to Question (d) (4) is "Yes," state:

Name and location of the court where the appeal was filed: Supreme Court of Delaware

Docket or case number (if you know): 205, 2007

Date of the court's decision: December 20, 2007

Result (attach a copy of the court's opinion or order, if available): Affirmed. (Attached)

(7) If your answer to Question (d)(4) or Question (d)(5) is "No," explain why you did not raise this issue: **N/A**

~AO 241 Page 8
(Rev. 12/04)

(e) **Other Remedies:** Describe any other procedures (such as habeas corpus, administrative remedies, etc.) that you have used to exhaust your state remedies on Ground One: N/A

**GROUND TWO: The prosecution withheld exculpatory evidence.**

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

Prosecution withheld the DFS reports from the Defense. See accompanying Memorandum of Law.

(b) If you did not exhaust your state remedies on Ground Two, explain why: N/A

(c) **Direct Appeal of Ground Two:**

(1) If you appealed from the judgment of conviction, did you raise this issue?    ☐ Yes ☒ No

(2) If you did <u>not</u> raise this issue in your direct appeal, explain why: Appellate counsel would not raise it for Ortiz.

(d) **Post-Conviction Proceedings:**

(1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a state trial court?        ☒ Yes        ☐ No

(2) If your answer to Question (d) (I) is "Yes," state:

Type of motion or petition: Motion for Post Conviction Relief.

Name and location of the court where the motion or petition was filed: Superior Court of New Castle County, Delaware.

Docket or case number (if you know): ID# 0208005710

Date of the court's decision: 1-29-07

~-AO 241

(Rev 12/04)

Result (attach a copy of the court's opinion or order, if available): Denied. (Attached).

(3) Did you receive a hearing on your motion or petition?                    ☐ Yes    ☒ No

(4) Did you appeal from the denial of your motion or petition                 ☒ Yes    ☐ No

(5) If your answer to Question (d)(4) is "Yes," did you raise this issue in the appeal?    ☒ Yes
☐ No

(6) If your answer to Question (d) (4) is "Yes," state:

Name and location of the court where the appeal was filed: Supreme Court of Delaware

Docket or case number (if you know): 205, 2007

Date of the court's decision: 12-20-07

Result (attach a copy of the court's opinion or order, if available): Affirmed. (Attached)

(7) If your answer to Question (d) (4) or Question (d) (5) is "No," explain why you did not raise this
issue: N/A

(e)    **Other Remedies:** Describe any other procedures (such as habeas corpus, administrative remedies. etc.)
that you have used to exhaust your state remedies on Ground Two: N/A.


**GROUND THREE: Whether Ortiz was denied his right to assistance of counsel as afforded by the 6th
Amendment of the U.S. Constitution due to his counsel's failure to investigate the totality of the case.**


(a)    Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):
Counsel's failure to investigate and properly litigate this case prejudiced the outcome of the trial.

~AO 241
10 (Rev.12/04)                                                                                              Page

(b)    If you did not exhaust your state remedies on Ground Three, explain why? N/A

(c)    **Direct Appeal of Ground Three:**

(1) If you appealed from the judgment of conviction, did you raise this issue ?    ☐ Yes    ☒ No

(2) If you did not raise this issue in your direct appeal, explain why: Appellate counsel would not raise it for Ortiz.

(d)    **Post-Conviction Proceedings:**

(1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a state trial court?
☒ Yes        ☐ No

(2) If your answer to Question (d) (1) is "Yes," state:

Type of motion or petition: Motion for Post Conviction Relief.

Name and location of the court where the motion or petition was filed: Superior Court of New Castle County, Delaware.

Docket or case number (if you know): ID# 0208005710

Date of the court's decision: 1-29-07

Result (attach a copy of the court's opinion or order, if available): Denied. (Attached).

(3) Did you receive a hearing on your motion or petition?    ☐ Yes    ☒ No

(4) Did you appeal from the denial of your motion or petition?    ☒ Yes    ☐ No

(5) If your answer to Question (d) (4) is "Yes," did you raise this issue in the appeal?    ☒ Yes
☐ No

(6) If your answer to Question (d) (4) is "Yes," state:

Name and location of the court where the appeal was filed: Supreme Court of Delaware

Docket or case number (if you know): 205, 2007

Date of the court's decision: 12-12-07

Result (attach a copy of the court's opinion or order, if available): Affirmed. (Attached).

~AO 241
(Rev 12/04)

Page 11

(7) If your answer to Question (d) (4) or Question (d) (5) is "No," explain why you did not raise this issue:

N/A

(e)    **Other Remedies:** Describe any other procedures (such as habeas corpus, administrative remedies, etc.)
that you have used to exhaust your state remedies on Ground Three: N/A

13.    Please answer these additional questions about the petition you are filing:

    (a)    Have all grounds for relief that you have raised in this petition been presented to the highest state
    court having jurisdiction'? ☒ Yes        ☐ No

        If your answer is "No," state which grounds have not been so presented and give your reason(s) for
        not presenting them: N/A

    (b)    Is there any ground in this petition that has not been presented in some state or federal
        court? If so, ground or grounds have not been presented, and state your reasons for not
        presenting them: No

14.    Have you previously filed any type of petition, application, or motion in a federal court regarding
    the conviction that you challenge in this petition? ☐ Yes ☒ No
    If "Yes," state the name and location of the court, the docket or case number, the type of
    proceeding, the issues raised, the date *of* the court's decision, and the result for each petition,
    application, or motion filed. .Attach a copy of any court opinion or order, if available. N/A

15.    Do you have any petition or appeal now pending (filed and not decided yet) in any court, either
    state or federal, for the judgment you are challenging?        ☐ Yes ☒ No
    If "Yes," state the name and location of the court, the docket or case number, the type of proceeding,
    and the raised N/A

~AO 241

16. Give the name and address, if you know, of each attorney who represented you in the following
stages of the judgment you are challenging:

(a) At preliminary hearing:

Karl Haller
Office of the Public Defender
14 The Circle, 2nd Floor
Georgetown, De 19947

(b) At arraignment and plea:

Karl Haller
Office of the Public Defender
14 The Circle, 2nd Floor
Georgetown, De 19947

(c) At trial:

Karl Haller
Office of the Public Defender
14 The Circle, 2nd Floor
Georgetown, De 19947

(d) At sentencing:

Karl Haller
Office of the Public Defender
14 The Circle, 2nd Floor
Georgetown, De 19947

(e) On appeal:

Karl Haller
Office of the Public Defender
14 The Circle, 2nd Floor
Georgetown, De 19947

(f) In any post-conviction proceeding:   Pro Se

(g) On appeal from any ruling against you in a post-conviction proceeding: Pro Se

17. Do you have any future sentence to serve after you complete the sentence for the judgment that you are
challenging?   ☐ Yes   ☒ No

(a) If so, give name and location of court that imposed the other sentence you will serve in the future:
N/A

(b) Give the date the other sentence was imposed: N/A

(c) Give the length of the other sentence: N/A

(d) Have you filed, or do you plan to file, any petition that challenges the judgment or sentence to be served in
the future?

☐ Yes   ☒ No

18. TIMELINESS OF PETITION: If your judgment of conviction became final over one year ago, you must
explain the one-year statute of limitations as contained in 28 U.S.C. § 2244(d) does not bar your petition.*
Everything complies with Federal Time Limitations.

~AO 241

Page 15 (Rev. 12/04)

---

*The Anterrorism and Effective Death Penalty Act of 1996 ("AEDPA") as contained in 28 U.S.C. § 2244(d) provides in \part that:

(1) A one-year period of limitation shall apply to an application for a writ of habeas corpus by a person in custody pursuant to the judgment of a State court. The limitation period shall run from the latest of.

    (A) the date on which the judgment became final by the conclusion of direct review or the expiration of the time for Defendant seeking such review; See above information.

    (B) the date on which the impediment to filing an application created by State action in violation of the Constitution or laws of the United States is removed, if the applicant was prevented from filing by such state action; See above information.

    (C) the date on which the constitutional right asserted was initially recognized by the Supreme Court, if the right has been newly recognized by the Supreme Court and made retroactively applicable to cases on collateral review; or See above information.

    (D) the date on which the factual predicate of the claim or claims presented could have been discovered through the exercise of due diligence. See above information.

~AO 241    Page 16

(Rev. 12/04)

(2)          The time during which a properly filed application for State post-conviction or other collateral review with respect to the pertinent judgment or claim is pending shall not be counted toward any period of limitation under this subsection.

I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct and that this Petition for

Writ of Habeas Corpus was placed in the prison mailing system on       (month, date, year).

Executed (signed) on     (date).

_____
Signature of Petitioner

If the person signing is not petitioner, state relationship to petitioner and explain why petitioner is not signing this petition.



F/M: Carlos Ortiz
SB# 465068   UNIT E-Δ-38

DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

United state District court.
District of Delaware
J. Caleb Boggs Building
844 Kins sheet. wiriington Del.
19801